**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| FOX FACTORY, INC., | Case No. 5:25-cv-01910-MWF-E |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |
| SUSPENSION DIRECT, INC., | |
| Defendant. | |

On May 13, 2026, Plaintiff Fox Factory, Inc. ("FOX Factory" or "Plaintiff") and Defendant Suspension Direct, Inc. ("SDi" or "Defendant") (collectively, the "Parties") submitted their Joint Stipulation for Entry of Protective Order (Dkt. ___). There being GOOD CAUSE SHOWN, the Court hereby orders entry of the Joint Protective Order.

IT IS SO ORDERED.

Dated: May 13, 2026          By: _____
                                 Hon. Charles F. Eick
                                 United States Magistrate Judge